UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LARRY BROWN,

        Plaintiff,

                 9:07-CV-842

  vs

DR. MICHAEL F. HOGAN; DR. DONALD SAWYER;
and DR. TERRI MAXYMILLIAN,

        Defendants.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

APPEARANCES:           OF COUNSEL:

LARRY BROWN
Plaintiff, *pro se*
0246987
Central New York Psychiatric Center
PO Box 300
Marcy, NY 13403

HON. ANDREW M. CUOMO      JUSTIN C. LEVIN, ESQ.
Attorney General of the        Asst. Attorney General
 State of New York
Attorney for State Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

   Plaintiff, Larry Brown, brought this civil rights action pursuant to 42 U.S.C. § 1983.

By Report-Recommendation September 8, 2009, the Honorable Gustave J. DiBianco, United

States Magistrate Judge, recommended that defendants' motion for summary judgment

(Docket No. 45) be granted, the complaint be dismissed in its entirety; and that plaintiff's

cross motion for summary judgment (Docket No. 46) be denied  The plaintiff has timely filed objections to the report-recommendation.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge DiBianco, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. Plaintiff's cross-motion for summary judgment is DENIED;

3. The complaint is DISMISSED in its entirety; and

4. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: November 6, 2009
Utica, New York.

United States District Judge